UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LCM (XXX-XX-9796) | CIVIL ACTION NO. 13-cv-0671 |
| VERSUS | JUDGE FOOTE |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Attorney Fees Under Section 406(b) (Doc. 19)** is **granted** and the Binder & Binder law firm is awarded the sum of $14,500 in attorney fees, with the amount to be paid from the past due benefits held by the Commissioner for such purposes.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of January, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE